Michael BROWN, Glenna Brown,
Plaintiffs–Appellants,

v.

John KEUFFER, Mary Keuffer,
Defendants–Respondents.

No. 72541.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 10, 1998.

Lofftus and Dowdy, E.D. Lofftus, Fenton, for plaintiffs-appellants.

Randall D. Sherman, Hillsboro, for defendants-respondents.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

**ORDER**

PER CURIAM.

Plaintiffs appeal summary judgment for defendants. The lawsuit is a continuation of the dispute decided by this court in *Kueffer v. Brown*, 879 S.W.2d 658 (Mo.App. E.D. 1994). The motion, the response and supporting affidavits support the finding and conclusion there is no genuine issue as to any material fact and defendants are entitled to judgment as a matter of law. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).

BYRNES MILL 206 CORP., et
al., Plaintiffs/Respondents.

and

John V. Harness, Plaintiff/Cross–
Appellant,

v.

CITY OF BYRNES MILL, Ronald
Schmidt and Mary Scheble, Appellants/Cross–Respondents.

Nos. 72357, 72435.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 10, 1998.

Herbert K. Hoffman, Clayton, for appellants.

Charles F. Dufour, Bradley J. Bakula, St. Louis, Bedker, Dufour & Yarbrough, C. Finn Sheehan, High Ridge, for respondents.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a judgment against defendants for malicious prosecution and violations of 42 U.S.C. Sec.1983. There is sufficient evidence to support the judgment. No error of law appears.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the facts and reasons for this order affirming the judgment pursuant to Rule 84.16(b).

We further grant Byrnes Mill 206 Corporation's motion for attorneys' fees incurred on appeal in the amount of $5,466.00.